

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

      Re:    *United States v. Jalen Dominguez and Armando Barbier,* **19 Cr. 677 (LTS)**

Dear Judge Swain:

      The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for March 31, 2020. Based on a conversation with Chambers, the Government understands that the Court is available in late May 2020. The parties have conferred and are available in late May 2020, with the exception of immediately before or immediately after Memorial Day, which is May 25, 2020. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

      Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between March 31, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

      by:  /s/Elizabeth A. Espinosa
           Elizabeth A. Espinosa
           Assistant United States Attorney
           (212) 637-2216