**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Jalen Dominguez and Armando Barbier,* **19 Cr. 677 (LTS)**

Dear Judge Swain:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for March 31, 2020. Based on a conversation with Chambers, the Government understands that the Court is available in late May 2020. The parties have conferred and are available in late May 2020, with the exception of immediately before or immediately after Memorial Day, which is May 25, 2020. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between March 31, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

THE APPLICATION IS GRANTED. THE CONFERENCE IS ADJOURNED TO MAY 28, 2020 AT 11:00 A.M. IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 5/28/2020 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT(S) IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE AND IN LIGHT OF THE PUBLIC HEALTH EMERGENCY. DE# 43 RESOLVED. SO ORDERED.

DATED: 3/27/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   /s/Elizabeth A. Espinosa
   Elizabeth A. Espinosa
   Assistant United States Attorney
   (212) 637-2216