RICHARD B. LIND
Attorney at Law
575 Lexington Avenue – 4th Floor
Telephone: (212) 888-7725
Email: rlind@lindlawyer.com

June 15, 2020

**By ECF**

Hon. Laura Taylor Swain
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY  10007

## MEMO ENDORSED

      Re:    United States v. Armando Barbier
                19 Cr. 677 (LTS)

Dear Judge Swain:

     I am the CJA attorney for Defendant Armando Barbier in the above-captioned matter. I write on behalf of myself and my client, as well as Calvin Garber, Esq., and his client, Jalen Dominguez. We request that the status conference, currently scheduled for June 23, be adjourned to one of the following dates: August 3, 4 or 6. Both Defendants agree that the time between June 23 until the conference be excluded under the Speedy Trial Act.

     I have communicated with A.U.S.A. Elizabeth Espinosa, and the government consents to this request.

     Thank you for the Court's consideration of this request.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Richard B. Lind

cc: All Counsel (by ECF)

---

The application is granted.  The conference is adjourned to August 3, 2020, at 2:00 p.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 3, 2020, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.  DE#55 resolved.

SO ORDERED.
Dated:

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ