

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Jalen Dominguez and Armando Barbier,* **19 Cr. 677 (LTS)**

Dear Judge Swain:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for August 3, 2020, for approximately 30 days. The Government consulted with defense counsel for each defendant, who consent to the adjournment. The adjournment will enable the parties to continue working toward potential resolutions of the case; this process has been made more difficult by the Covid-19 pandemic.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between August 3, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

The adjournment and exclusion requests are granted for the reasons stated above. The conference is adjourned to September 11, 2020, at 12:00 p.m. noon, and time is excluded through that date. DE#61 resolved.
SO ORDERED.
7/30/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:   /s/Elizabeth A. Espinosa
        Elizabeth A. Espinosa
        Assistant United States Attorney
        (212) 637-2216