

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Jalen Dominguez and Armando Barbier*, **19 Cr. 677 (LTS)**

Dear Judge Swain:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for September 11, 2020. The Government consulted with defense counsel for each defendant, who consent to the adjournment. The Government has extended plea offers to each of the remaining defendants and understands from conversations with defense counsel for each defendant that the defendants intend to accept the offers. Accordingly, the parties ask the Court to schedule change of plea conferences for each defendant. Counsel for Mr. Dominguez is available any date in October with the exception of the mornings of October 5, 9, and 27. Counsel for Mr. Barbier are available on October 9, 16, 23, and 30. The Government can be available any date in October. The parties are continuing to confer on the method by which the conferences can proceed and will update the Court in advance of any scheduled dates.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between September 11, 2020 through the next scheduled conferences, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

The application is granted. The conference for Mr. Dominguez is adjourned to October 6, 2020, at 12:00 p.m. The conference for Mr. Barbier is adjourned to October 23, 2020, at 9:00 a.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 23, 2020, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 9/9/2020

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/Elizabeth A. Espinosa
 Elizabeth A. Espinosa
 Assistant United States Attorney
 (212) 637-2216