**GARBER AND GARBER**

*Attorneys at Law*

225 BROADWAY, SUITE 905
NEW YORK, NEW YORK 10007-3001
TELEPHONE: (212) 267-6130
FAX: (212) 385-2689

CALVIN DAVID GARBER
FERN SUSAN GARBER

May 27, 2021

# MEMO ENDORSED

Honorable Laura Taylor Swain
United States Court House
500 Pearl Street
New York, NY 10007

### RE: UNITED STATES V. JALEN DOMINGUEZ-19-CR-00677-LST-2

Dear Judge Swain,

My client, Mr. Jalen Dominguez, is scheduled to be sentenced by you on June 24, 2021.

I am respectfully requesting that his sentence be adjourned for sixty (60) days due to the fact that I have discussed his pending case in Sayreville, New Jersey with his assigned attorney. That attorney spoke with the prosecutor and was informed that the case has been referred to the local Municipal Court and the matter is not resolved as of yet.

I have discussed my request with AUSA Elizabeth Espinosa and she has no objection to my request for an adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Calvin D. Garber*

Calvin D. Garber

cc: AUSA Elizabeth Espinosa (email)

> The adjournment request is granted. The sentencing is adjourned to August 12, 2021, at 12:00 pm, in Courtroom 17C. DE#107 resolved.
> SO ORDERED.
> 5/27/2021
> /s/ Laura Taylor Swain, Chief USDJ