**GARBER AND GARBER**

*Attorneys at Law*

225 BROADWAY, SUITE 300
NEW YORK, NEW YORK 10007-3001
TELEPHONE: (212) 267-6130
FAX: (212) 385-2689

CALVIN DAVID GARBER
FERN SUSAN GARBER

# MEMO ENDORSED

July 21, 2021

Honorable Laura Taylor Swain
United States Court House
500 Pearl Street
New York, NY 10007

**RE: UNITED STATES V. JALEN DOMINGUEZ-19-CR-00677-LST-2**

Dear Judge Swain,

My client, Mr. Jalen Dominguez, is scheduled to be sentenced by you on August 12, 2021.

I am respectfully requesting that his sentence be adjourned for sixty (60) days due to the fact that I have discussed his pending case in Sayreville, New Jersey with his assigned attorney. That attorney spoke with the prosecutor and was informed that the case has been referred to the local Municipal Court and the matter is not resolved as of yet. I have emailed the prosecutor in Sayreville to ascertain what action is being taken on the pending matter. I have not received a response. I am attaching hereto the email I sent to that prosecutor. I have forwarded that email to AUSA Elizabeth Espinosa.

I have discussed my request with AUSA Elizabeth Espinosa and she has no objection to my request for an adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Calvin D. Garber

cc: AUSA Elizabeth Espinosa (email)

The adjournment request is granted. The sentencing will be held on October 12, 2021, at 3 pm in Courtroom 17C. Docket entry no. 109 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ  7/22/2021

## Cal Garber

**From:** Cal Garber
**Sent:** Tuesday, July 13, 2021 12:48 PM
**To:** prosecutor@sayreville.com
**Subject:** jalen dominguez

Good morning,
Jalen Dominguez is my client on a pending matter in the Southern District of New York. He was arrested in Sayreville on 8/18/2020. The complaint number is 1219 S 2020 000343. The matter has been referred from your Superior Court to the Municipal Court. He had been represented by a Mr. Epstein who has informed me that he was assigned to represent my client, but he does not appear for clients in the Municipal Courts. Mr. Dominguez is awaiting sentence on his Federal case. It is currently scheduled for 8/12/2021. Please let me know what the status of his Sayreville matter is.
Thank you,
Calvin D. Garber

Calvin D. Garber, Esq.
Garber and Garber
225 Broadway, Suite 3001
New York, NY 10007
Tel: 212 267 6130
Fax: 212 385 2689