**GARBER AND GARBER**

*Attorneys at Law*

225 BROADWAY, SUITE 301
NEW YORK, NEW YORK 10007-3001
TELEPHONE: (212) 267-6130
FAX: (212) 385-2689

CALVIN DAVID GARBER
FERN SUSAN GARBER

September 30, 2021

Honorable Laura Taylor Swain
United States Court House
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

### RE: UNITED STATES V. JALEN DOMINGUEZ-19-CR-00677-LTS-2

Dear Judge Swain,

My client, Mr. Jalen Dominguez, is scheduled to be sentenced by you on October 12, 2021.

I am respectfully requesting that his sentence be adjourned for sixty (60) days due to the fact that I have discussed his pending case in the Sayreville, New Jersey Municipal Court and the matter is not resolved as of yet. I have emailed the prosecutor in Sayreville to ascertain what action is being taken on the pending matter. I have not received a response. The Clerk of the Court informed me that my client will be sent a notice to appear. Mr. Dominguez called the Court yesterday, September 29th, and they told him they will contact the prosecutor to determine the status of the case. We are awaiting that determination.

I have discussed my request with AUSA Elizabeth Espinosa and she has no objection to my request for an adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Calvin D. Garber*

Calvin D. Garber

cc: AUSA Elizabeth Espinosa (email)

The foregoing adjournment request is granted. The sentencing in this matter is hereby rescheduled for December 9, 2021 at 3:00 pm. Docket entry no. 113 is resolved.
SO ORDERED.
9/29/2021
/s/ Laura Taylor Swain, Chief USDJ