UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                No. 19-CR-677-LTS-2

JALEN DOMINGUEZ,                                      <u>Order</u>

        Defendant.

-------------------------------------------------------x

        The sentencing in this case is scheduled to proceed on February 25, 2022, at 2:00 p.m. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       February 22, 2022                      LAURA TAYLOR SWAIN
                                                       Chief United States District Judge